Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Brett D. Watson (SBN 327669)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
bwatson@schneiderwallace.com

Attorneys for Plaintiffs

Julie A. Vogelzang (SBN 174411)
Lisa Hird Chung (SBN 246766)
Carl J. Lehman (SBN 327321)
**SCHOR VOGELZANG & CHUNG LLP**
2170 Fourth Avenue
San Diego, California 92101
Telephone: 619.906.2400
Facsimile:  619.906.2401
Email:   Julie@svclegal.com
         Lisa@svclegal.com
         Carl @svclegal.com

Attorneys for Defendant Government Employees Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL GONZALEZ, KEITH HOMESZYN, FABIOLA SILVA, TREVOR MONZELLO, GUIA CALVILLO, ETIENNE GIRAL, TIM LINDEEN, ROJINALD BORDON, CLINTON MATAYOSHI, JEREMY SILVERMAN, LEONARD TAFOYA, and CHRISTOPHER DOLAN,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO,<br><br>Defendant. | Case No. 2:20-cv-11722 RGK(KSx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed:       Dec., 29, 2020<br>1st Amd. Compl. Filed:  Sept. 9, 2021<br>Trial Date:           March 15, 2022 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Saul Gonzalez, Keith Homeszyn, Fabiola Silva, Trevor Monzello, Etienne Giral, Tim Lindeen, Rojinald Bordon, Clinton Matayoshi, Jeremy Silverman, Christopher Dolan, Guia Calvillo, and Leonard Tafoya and Defendant Government Employees Insurance Company ("GEICO") have a reached a settlement in the above-referenced case in its entirety as to the causes of action alleged in the Amended Complaint (ECF No. 77.)

On December 1, 2021, the Parties participated in a mandatory mediation session before mediator Robert D. Coviello, Esq. Although the case did not settle at that time, the Parties continued settlement negotiations thereafter and ultimately agreed on a resolution today, December 21, 2021. The Parties are currently in the process of drafting and finalizing a long-form settlement agreement. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

Accordingly, the Parties respectfully request that the Court vacate all presently calendared filing and hearing dates and deadlines and stay all briefing related to Defendant's Motion for Summary Judgment (ECF No. 89.)

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 21, 2021

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP

By: /s/ *Brett D. Watson*\*
    Carolyn Hunt Cottrell
    David C. Leimbach
    Brett D. Watson

Attorneys for Plaintiffs

Dated: December 21, 2021

SCHOR VOGELZANG & CHUNG LLP

By: */s/Julie A. Vogelzang*
    Julie A. Vogelzang
    Lisa Hird Chung
    Kim L. Carter
    Carl J. Lehman

Attorneys for Defendant GOVERNMENT EMPLOYEE INSURANCE COMPANY

\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the attached documents with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on December 21, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Brett D. Watson*
Brett D. Watson