CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL GONZALEZ, KEITH HOMESZYN, FABIOLA SILVA, TREVOR MONZELLO, GUIA CALVILLO, ETIENNE GIRAL, TIM LINDEEN, ROJINALD BORDON, CLINTON MATAYOSHI, JEREMY SILVERMAN, LEONARD TAFOYA, and CHRISTOPHER DOLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY INC. d/b/a GEICO,<br><br>Defendant. | Case No.: 2:20-cv-11722-RGK (KSx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION<br><br>Complaint Filed: December 29, 2020<br>Trial Date: March 15, 2022 |

For good cause shown, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Parties' Joint Stipulation and Motion to Dismiss Entire Action ("Joint Motion") is GRANTED.

2. The Court finds a *bona fide* dispute regarding Plaintiffs claims under the Federal Labor Standards Act ("FLSA"), and the settlement is a fair and reasonable under the circumstances. Therefore, the Court approves the FLSA settlement.

3. The FLSA claims are dismissed in their entirety with prejudice.

4. All remaining claims are dismissed in their entirety with prejudice.

5. The Court shall retain jurisdiction over all disputes between the Parties arising out of the settlement.

**IT IS SO ORDERED.**

DATED: February 10, 2022

*/s/ Gary Klausner*
The Honorable R. Gary Klausner
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2022.

By: */s/ Brett D. Watson*
Brett D. Watson